UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CIVIL ACTION NO. 05-CV-235-HRW

BASIM ALI TALOUZI                                                                        PETITIONER

VS:                                        **JUDGMENT**

TERRY O'BRIEN, Warden                                            RESPONDENT

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES**:

(1)      Judgment **IS ENTERED** in favor of the named respondent;

(2)      this matter **IS DISMISSED WITH PREJUDICE**;

(3)      this Judgment **IS FINAL AND APPEALABLE**, and no just cause for delay exists;

(4)      the Court **CERTIFIES** that any appeal would be taken in good faith; and

(5)      this matter **IS STRICKEN** from the active docket.

This March 10, 2006.



Signed By:
_Henry R Wilhoit Jr._
United States District Judge